1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant U.S. Attorney
5
   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-7200
7
   Attorneys for the United States
8
                      UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11                                                   3 - 0 0 - 7 0 0 4

12  UNITED STATES OF AMERICA,          )    CRIMINAL NO.
                                       )
13          Plaintiff,                 )
                                       )    NOTICE OF PROCEEDINGS ON
14          v.                         )    OUT-OF-DISTRICT CRIMINAL
                                       )    CHARGES PURSUANT TO RULES
15  TIFFANY LUCILLE HAMILTON,          )    5(c)(2) AND (3) OF THE FEDERAL RULES
                                       )    OF CRIMINAL PROCEDURE
16          Defendant.                 )
                                       )
17  _____  )

18      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

19  Procedure that on January 28, 2008, the above-named defendant was arrested  based upon an

20  arrest warrant (copy attached) issued upon an

21      X  Indictment

22      ☐  Information

23      ☐  Criminal Complaint

24      ☐  Other (describe) _____ _____

25  pending in the _Eastern_ District of___ _Virginia_____ , Case Number 08 CR 013

26  //

27  //

28  //

                                    1

1     In that case, the defendant is charged with a violations of Title 18 U.S.C. § 371, 18 U.S.C. §§

2  1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2, 18 U.S.C. §§ 472 and 2.

3  Description of Charges: Conspiracy to Pass Counterfeit Obligations and to Launder Money;

4  Money Laundering and Aiding and Abetting; Uttering Counterfeit Obligations and Aiding and

5  Abetting.

6

7                                        Respectfully Submitted,
                                         JOSEPH P. RUSSONIELLO
8                                        UNITED STATES ATTORNEY

9

10  Date:

11                                       ALBERT B. SAMBAT
                                         Special Assistant U.S. Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2

01/25/2008  19:11    415-744-9051      USSS SFO

JAN-10-2020  11:02   USSS-RICHMOND P.O.                      804 771 2070

AO 442 (Rev 5/93) Warrant / Arrest

# United States District Court

### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

## WARRANT FOR ARREST

UNITED STATES OF AMERICA

        v.

TIFFANY LUCILLE HAMILTON

CRIMINAL ACTION
NUMBER: 3:08CR013
0883-0109-08862J

To: The United States Marshal and/or any Authorized United States Officer

You are HEREBY COMMANDED to ARREST TIFFANY LUCILLE HAMILTON and bring him/her to the nearest United States Magistrate Judge to answer a(n)

    X  Indictment ___ Criminal Information ___ Complaint
    ___ SEALED Order of Court ___ Order of Court
    ___ Petition on Supervised Release ___ Petition on Probation
    ___ Violation of Pretrial Release ___ Violation of Bond Conditions

Charging him/her with (brief description of offense):

Conspiracy
In Violation of Title 18, United States Code, Section 371
Money Laundering; Aiding and Abetting
In Violation of Title 18, United States Code, Section 1956(a)(1)(A)(i),
1956(a)(1)(B)(i) & 18:2

Robert L. Walker
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

_Signature of Issuing Officer_

January 08, 2008  — Richmond
Date and Location

Bail Fixed at $ N/A

By: _____
Name of Judicial Officer

This warrant was received and executed with the arrest of the above-named defendant.

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

Case 3:08-cr-00013-REP   Document 1   Filed 01/08/2008   Page 1 of 9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA.

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:08cv |
| v. | 18 U.S.C. § 371<br>Conspiracy (Count 1) |
| TIFFANY LUCILLE HAMILTON | 18 U.S.C. §§ 1956(a)(1)(A)(i),<br>1956(a)(1)(B)(i) and 2 |
| Defendant. | Money Laundering<br>(Counts 2-3) |
| | 18 U.S.C. §§ 472 and 2<br>Uttering Counterfeit Obligations<br>(Counts 4-9) |

INDICTMENT

January 2008 Term - At Richmond, Virginia

COUNT ONE

THE GRAND JURY CHARGES THAT:

Beginning at some point prior to September 5, 2007, the exact date being unknown to the Grand Jury, and continuing through on or about September 7, 2007, in the Richmond Division of the Eastern District of Virginia and elsewhere, defendant, TIFFANY LUCILLE HAMILTON, did knowingly and willfully combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to commit the following offenses against the United States, to wit:

(a)   with intent to defraud, knowingly passing, uttering, publishing, possessing, and concealing and attempting to pass, utter, publish, possess, and conceal falsely made, forged, and counterfeited obligations of the United States, to wit: counterfeit United States currency, in violation of 18 U.S.C. § 472; and

Case 3:08-cr-00013-REP    Document 1    Filed 01/08/2008    Page 2 of 3

(b)    knowingly and willfully conducting and attempting to conduct a financial transaction which involved the proceeds of a specified unlawful activity, that is the United States Counterfeit Obligations in violation of 18 U.S.C. § 472, with the intent of promoting the carrying on of the specified unlawful activity, and with knowledge that the transaction was designed to conceal and disguise the nature and source of the proceeds of the specified unlawful activity, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and (B)(i).

### Manner and Means of the Conspiracy

It was part of the conspiracy that the defendant and her co-conspirators would and did:

1.    obtain and possess falsely made and counterfeit United States currency;

2.    enter a business and pass, utter, and publish the counterfeit United States currency in order to obtain goods; and

3.    for many of the goods obtained with the counterfeit United States currency, take the business at another location and return or attempt to return the goods in exchange for legitimate and authentic United States currency.

2

Case 3:08-cr-00013-REP    Document 1    Filed 01/08/2008    Page 6 of 9

## Overt Acts

In furtherance of the conspiracy and in order to effect the objects thereof, the defendants and their co-conspirators committed and caused to be committed at least one of the following overt acts, among others, in the Eastern District of Virginia, and elsewhere:

Obtaining Counterfeit Currency and Origins of Conspiracy:

1.    At some point prior to September 5, 2007, the exact date being unknown to the Grand Jury, HAMILTON and other persons unknown to the Grand Jury obtained various illegally made, forged, and counterfeited obligations of the United States, to wit: counterfeit United States currency in one-hundred dollar denominations that was later passed, uttered and published as described below.

2.    At some point prior to or on September 5, 2007, the exact date being unknown to the Grand Jury, HAMILTON and other persons known and unknown to the Grand Jury traveled to the Eastern District of Virginia to use the counterfeit currency to purchase goods and then return those same goods at a different store in exchange for genuine currency.

3.    On or about September 5, 2007, a person known to the Grand Jury rented a 2007 Chrysler 300 at Thrifty Car Rental, 2200 Norview Avenue, Norfolk, Virginia for use in transporting the co-conspirators to business locations in the scheme.

September 5, 2007 Transactions

4.    On or about September 5, 2007, HAMILTON and other persons unknown to the Grand Jury traveled to retail stores in Norfolk and Chesapeake, Virginia to conduct transactions for the scheme.

3

Case 3:08-cr-00013-REP    Document 1    **Filed 01/08/2008**    Page 4 of 8

5. On or about September 3, 2007, **HAMILTON** entered the Target, located at 1200 North Military Highway in Norfolk, Virginia and purchased **a Sony Playstation 3** game system and a checkbook using counterfeit United States currency, **to wit: 7 Federal Reserve Notes** in the denomination of one hundred dollars.

6. On or about September 5, 2007, **HAMILTON entered the Target,** located at 4200 Portsmouth Boulevard in Chesapeake, Virginia and purchased **a Sony Playstation 3** game system, a game for that game system, and a Microsoft Zuna MP3 player **using counterfeit United States** currency, to wit: 10 Federal Reserve Notes in the **denomination of one hundred dollars.**

7. On or about September 5, 2007, **HAMILTON entered the Wal-Mart,** located at 3248 Square Ring Road in Chesapeake, **Virginia and purchased a Sony Playstation 3 game** system, and a game and a wireless controller for a **Playstation 3 using counterfeit United States** currency, to wit: 7 Federal Reserve Notes in the **denomination of one hundred dollars.**

September 6, 2007 Transactions:

8. On or about September 6, 2007, HAMILTON and **other persons known and** unknown to the Grand Jury traveled to retail stores **in Virginia Beach, Virginia** to conduct transactions for the scheme.

9. On or about September 6, 2007, HAMILTON **entered the Home Depot,** located at 3352 Virginia Beach Boulevard in Virginia Beach, **Virginia and purchased** tools and other items using counterfeit United States currency, **to wit: 9 Federal Reserve Notes in the** denomination of one hundred dollars.

10. On or about September 6, 2007, **HAMILTON entered the Target,** located at 2000 Independence Boulevard in Virginia Beach, **Virginia and purchased a Sony Playstation 3** game

4

system and other items using counterfeit United States **currency, to wit: 9 Federal Reserve Notes** in the denomination of one hundred dollars.

11.   On or about September 6, 2007, a **person known to the Grand Jury** entered the Target, located at 2060 Independence Boulevard in **Virginia Beach, Virginia,** and exchanged the Sony Playstation 3 game system, a game for a **Playstation 3, and a Microsoft Zune MP3** player purchased with $1000.00 in counterfeit currency on **September 5, 2007 from t** to Target located at 4200 Portsmouth Boulevard in **Chesapeake, Virginia, for legitimate United States** currency. **September 7, 2007 Transactions**

12.   On or about September 7, 2007, **HAMILTON and other person** known and unknown to the Grand Jury traveled to retail stores in **Mechanicsville, Virginia** to conduct transactions for the scheme.

13.   On or about September 7, 2007, **HAMILTON entered the Wal-Mart,** located at 7450 Bell Creek Road in Mechanicsville, Virginia and **purchased a Sony Vaio laptop** computer, a Sony 2 Gigabyte Memory Stick, a Virgin Mobile **Phone, and a Virgin Mobile Prepaid Card** using counterfeit United States currency, to wit: 10 Federal **Reserve Notes in the** denomination of one hundred dollars.

14.   On or about September 7, 2007, a person **known to the Grand Jury entered the** Home Depot, located at 7251 Bell Creek **Road in Mechanicsville, Virginia,** and attempted to exchange the tools and other items purchased **with $900.00 in counterfeit** currency on September 6, 2007 from the Home Depot located at 3352 Virginia Beach **Boulevard in Virginia Beach, Virginia, for legitimate United States** currency.

(In violation of Title 18, United States Code, Section 371).

5

Case 3:08-cr-00013-REP   Document 1   Filed 01/08/2008   Page 6 of 6

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 5, 2007, in the Eastern District of Virginia, defendant, LUCILLE HAMILTON, aided and abetted by others known and unknown to the Grand Jury, did knowingly and willfully conduct and attempt to conduct a financial transaction, as that term is defined at 18 U.S.C. § 1956(c)(4), to wit, the exchange of a Sony Playstation 3 game system, a game for the Playstation 3, and a Microsoft Zune MP3 player previously purchased on September 5, 2007 using counterfeit currency of the United States, in exchange for legitimate United States Currency at the Target, located at 3608 Independence Boulevard in Virginia Beach, Virginia, which involved the proceeds of a specified unlawful activity, that is, Uttering Counterfeit Obligations, in violation of Title 18, United States Code, Section 472, with the intent to promote the carrying on of specified unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, ownership and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction, the defendants knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

(In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2.)

6

01/25/2008  19:11    415-744-9851
JAN-10-2008  11:03    USSS-RICHMOND P.O.    USSS SFO    804 771 3976

Case 3:08-cr-00013-REP    Document 1    **Filed 01/08/2008**    Page 7 of 8

## COUNT THREE

### THE GRAND JURY FURTHER CHARGES THAT:

On or about September 7, 2007, in the Eastern District of Virginia, defendant, TIFFANY LUCILLE HAMILTON, aided and abetted by others known and unknown to the Grand Jury, did knowingly and willfully conduct and attempt to conduct a financial transaction, as that term is defined at 18 U.S.C. § 1956(c)(4), to wit, the exchange of tools and other items, previously purchased on September 6, 2007 using counterfeit currency of the United States, in exchange for legitimate United States Currency at the Home Depot, located at 7251 Bell Creek Road in Mechanicsville, Virginia, which involved the proceeds of a specified unlawful activity, that is, Uttering Counterfeit Obligations, in violation of Title 18, **United States Code**, Section 472, with the intent to promote the carrying on of specified unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, ownership and control of the proceeds of said specified unlawful activity, and and while conducting and attempting to conduct such financial transaction, the defendant knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

(In violation of Title 18, United States Code, Sections 1956(a)( )( )(A)(i), 1956(a)(1)(B)(i) and 2).

7

Case 3:08-cr-00013-REP    Document 1    Filed 01/08/2008    Page 8 of 9

## COUNTS FOUR THROUGH NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about the dates set forth below, in the Eastern District of Virginia, defendant

TIFFANY LUCILLE HAMILTON, aided and abetted by others known and unknown to the

Grand Jury, did, with intent to defraud, pass, utter, publish and attempt to pass, utter and publish

to the businesses identified below, falsely made, forged and counterfeited obligations of the

United States, that is Federal Reserve Notes in the denomination of one hundred dollars, as

described below, which the defendant then knew to be falsely made, forged and counterfeited.

Each transaction below is a separate charge in this indictment:

| Count | Date (on or about) | Business Location | Counterfeit |
|---|---|---|---|
| 4 | September 5, 2007 | Target 1245 N. Military Highway Norfolk, Virginia | 7 Federal Reserve Notes in the denomination of one hundred dollars |
| 5 | September 5, 2007 | Target 4200 Portsmouth Blvd Chesapeake, Virginia | 10 Federal Reserve Notes in the denomination of one hundred dollars |
| 6 | September 5, 2007 | Wal-Mart 2448 Square Ring Road Chesapeake, Virginia | 7 Federal Reserve Notes in the denomination of one hundred dollars |
| 7 | September 6, 2007 | Home Depot 3352 Virginia Beach Blvd Virginia Beach, Virginia | 9 Federal Reserve Notes in the denomination of one hundred dollars. |
| 8 | September 6, 2007 | Target 2080 Independence Blvd Virginia Beach, Virginia | 9 Federal Reserve Notes in the denomination of one hundred dollars |

Case 3:08-cr-00013-REP   Document 1   Filed 01/08/2008   Page 9 of 9

| Count | Date (on or about) | Business Location | Counterfeit |
|---|---|---|---|
| 9 | September 7, 2007 | Wal-Mart 7430 Bell Creek Road Mechanicsville, Virginia | 10 Federal Reserve Notes in the denomination of one hundred dollars |

(In violation of Title 18, United States Code, Sections 472 and 2).

A TRUE BILL.

FOREPERSON

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
Michael R. Gill
Assistant United States Attorney

9