**FILED**

FEB 0 6 2008

~~PROPOSED~~ ORDER/COVER SHEET

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

TO:     **Honorable Maria-Elena James**            RE:     **HAMILTON, TIFFANY**
        **U.S. Magistrate Judge**

FROM:   **Claudette M. Silvera, Chief**            **DOCKET NO.:    3-08-70040**
        **U.S. Pretrial Services Officer**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**AMELIA BERTHELSEN**                              **415-436-7511**
**U.S. Pretrial Services Officer Assistant**        **TELEPHONE NUMBER**

RE:     **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that
we may comply with your instructions.

☒    I have reviewed the information that you have supplied. I do not believe that this matter
     requires any action by this Court at this time.

☐    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
     _____ on _____ at _____.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge_____ Presiding  District Court Judge_____

☐    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's
     Pretrial Release conditions as indicated below:

☐    Modification(s)


☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties
     (AUSA and Defense Counsel).

☐    Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER**
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

2-6-08
**DATE**

Cover Sheet (12/03/02)