COPY

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 19, 2008

Office of the Clerk
U.S. District Court
Eastern District of Virginia
U.S. Courthouse
1000 E. Main Street
Richmond, VA 23219

FILED FEB 2 2

FILED MAR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:     US v Tiffany Hamilton
Case Number:   3-08-70040 EDL
Charges:       18:371 Conspiracy

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Maria-Elena James. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(X)   The defendant has a court appearance in your court on: 2/22/08 3:00 PM

Enclosed are the following documents:
   original Rule 5 affidavit
   original minute orders and orders

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____
Case Systems Administrator

Enclosures
cc: Financial Office

-------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____

Date: 2-22-2008

**CLERK, U.S. DISTRICT COURT**

By _____
**Deputy Clerk**